SARAH J. LIS, ESQ.
Florida Bar No. 70747
AKERMAN LLP
350 East Las Olas Boulevard, Suite 1600
Fort Lauderdale, Florida 33301
Telephone:     (954) 463-2700
Facsimile:     (954) 463-2224
Email:  sarah.lis@akerman.com
*Pro Hac Vice Application Forthcoming*

JESSICA T. TRAVERS, ESQ.
Florida Bar No. 18129
AKERMAN LLP
50 North Laura Street, Suite 3100
Jacksonville, Florida 32202
Telephone:     (904) 798-3700
Facsimile:     (904) 798-3730
Email:  jessica.travers@akerman.com
*Pro Hac Vice Application Forthcoming*

DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:     (702) 634-5000
Facsimile:     (702) 380-8572
Email:  donna.wittig@akerman.com

*Attorneys for Defendants Ca$ino'ssage and Jennifer Lutsi*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAWNA NAYLOR, on behalf of herself and all others similarly situated, an individual; JASMINE GAMBER, on behalf of herself and all others similarly situated, an individual; SABRINA REEDY, on behalf of herself and all others similarly situated, an individual;<br><br>        Plaintiffs,<br><br>v.<br><br>CA$INO'SSAGE, a Nevada corporation; JENNIFER LUTSI, an individual,<br><br>        Defendants. | Case No.:     2:19-cv-00963-GMN-EJY<br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT, ECF NO. 1**<br><br>**(First Request)** |

AKERMAN LLP
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

49912739;1

AKERMAN LLP
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Defendants Ca$ino'ssage and Jennifer Lutsi and Plaintiffs Shawna Taylor, Jasmine Gamber and Sabrina Reedy, by and through their respective counsel of record, stipulate and agree as follows:

The parties hereby stipulate and agree to extend Defendants' time to respond to Plaintiffs' Complaint, ECF No. 1, currently August 27, 2019, ECF Nos. 6, 7, to **September 17, 2019**.

This is the first request for an extension of this deadline. The parties request the additional time to afford them the opportunity to explore early resolution options. The request is made in good faith and not for the purpose of delay.

DATED August 21, 2019.

| **AKERMAN LLP** | **THE VERSTANDING LAW FIRM** |
|---|---|
| /s/ Donna M. Wittig | /s/ Maurice B. Verstanding |
| SARAH J. LIS, ESQ. | MAURICE B. VERSTANDING, ESQ. |
| Florida Bar No. 70747 | Florida Bar No. 76723 |
| 350 East Las Olas Boulevard, Suite 1600 | 9812 Falls Road, #114-160 |
| Fort Lauderdale, Florida 33301 | Potomac, MD 20854 |
| *Pro Hac Vice Application Forthcoming* | *Admitted Pro Hac Vice* |
| | |
| JESSICA T. TRAVERS, ESQ. | RANDAZZA LEGAL GROUP, PLLC |
| Florida Bar No. 18129 | RONALD D. GREEN, JR., ESQ. |
| 50 North Laura Street, Suite 3100 | Nevada Bar No. 7360 |
| Jacksonville, Florida 32202 | 2764 Lake Sahara Drive, Suite 109 |
| *Pro Hac Vice Application Forthcoming* | Las Vegas, NV 89117 |
| | |
| DONNA M. WITTIG, ESQ. | *Attorneys for Plaintiffs* |
| Nevada Bar No. 11015 | |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, Nevada 89134 | |
| | |
| *Attorneys for Defendants* | |

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT COURT JUDGE**

August 22, 2019

**DATED**

49912739;1