SARAH J. LIS, ESQ.
Florida Bar No. 70747
AKERMAN LLP
350 East Las Olas Boulevard, Suite 1600
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Email: sarah.lis@akerman.com
*Pro Hac Vice Application Forthcoming*

JESSICA T. TRAVERS, ESQ.
Florida Bar No. 18129
AKERMAN LLP
50 North Laura Street, Suite 3100
Jacksonville, Florida 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730
Email: jessica.travers@akerman.com
*Pro Hac Vice Application Forthcoming*

DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: donna.wittig@akerman.com

*Attorneys for Defendants Ca$ino'ssage and Jennifer Lutsi*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAWNA NAYLOR, on behalf of herself and all others similarly situated, an individual; JASMINE GAMBER, on behalf of herself and all others similarly situated, an individual; SABRINA REEDY, on behalf of herself and all others similarly situated, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>CA$INO'SSAGE, a Nevada corporation; JENNIFER LUTSI, an individual,<br><br>Defendants. | Case No.: 2:19-cv-00963-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT, ECF NO. 1**<br><br>**(Second Request)** |

Defendants Ca$ino'ssage and Jennifer Lutsi and Plaintiffs Shawna Taylor, Jasmine Gamber and Sabrina Reedy, by and through their respective counsel of record, stipulate and agree as follows:

Defendants' deadline to respond to the complaint was initially August 27, 2019, ECF Nos. 6, 7. The parties stipulated to extend Defendants' responsive pleading deadline to September 17, 2019, which the Court approved. ECF. No. 17.

The parties respectfully request a second extension of Defendants' responsive pleading deadline to **October 8, 2019**. The parties have been engaged in settlement discussions since inception of the lawsuit and wish to continue exploring the possibility of an early resolution without incurring additional litigation expenses. The request is made in good faith and not for the purpose of delay.

DATED September 16th, 2019.

| **AKERMAN LLP** | **THE VERSTANDING LAW FIRM** |
|---|---|
| */s/ Donna M. Wittig* <br> SARAH J. LIS, ESQ. <br> Florida Bar No. 70747 <br> 350 East Las Olas Boulevard, Suite 1600 <br> Fort Lauderdale, Florida 33301 <br> *Pro Hac Vice Application Forthcoming* <br><br> JESSICA T. TRAVERS, ESQ. <br> Florida Bar No. 18129 <br> 50 North Laura Street, Suite 3100 <br> Jacksonville, Florida 32202 <br> *Pro Hac Vice Application Forthcoming* <br><br> DONNA M. WITTIG, ESQ. <br> Nevada Bar No. 11015 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Defendants* | */s/ Maurice B. Verstanding* <br> MAURICE B. VERSTANDING, ESQ. <br> Florida Bar No. 76723 <br> 9812 Falls Road, #114-160 <br> Potomac, MD 20854 <br> *Admitted Pro Hac Vice* <br><br> RANDAZZA LEGAL GROUP, PLLC <br> RONALD D. GREEN, JR., ESQ. <br> Nevada Bar No. 7360 <br> 2764 Lake Sahara Drive, Suite 109 <br> Las Vegas, NV 89117 <br><br> *Attorneys for Plaintiffs* |

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**

September 18, 2019
**DATED**

2