SARAH J. LIS, ESQ.
Florida Bar No. 70747
AKERMAN LLP
350 East Las Olas Boulevard, Suite 1600
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Email: sarah.lis@akerman.com
*Admitted Pro Hac Vice*

JESSICA T. TRAVERS, ESQ.
Florida Bar No. 18129
AKERMAN LLP
50 North Laura Street, Suite 3100
Jacksonville, Florida 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730
Email: jessica.travers@akerman.com
*Admitted Pro Hac Vice*

DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: donna.wittig@akerman.com

*Attorneys for Defendants Ca$ino'ssage and Jennifer Lutsi*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAWNA NAYLOR, on behalf of herself and all others similarly situated, an individual; JASMINE GAMBER, on behalf of herself and all others similarly situated, an individual; SABRINA REEDY, on behalf of herself and all others similarly situated, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>CA$INO'SSAGE, a Nevada corporation; JENNIFER LUTSI, an individual,<br><br>Defendants. | Case No.: 2:19-cv-00963-GMN-EJY<br><br>**AGREED ORDER OF DISMISSAL WITH PREJUDICE AND AFFIRMING SETTLEMENT AGREEMENT** |

1

THIS CAUSE came before the Court upon the Parties' Joint Motion for Approval of Settlement and Stipulation for Dismissal with Prejudice, filed on October 24, 2019. The Court has reviewed the record and is otherwise fully advised in the premises.

Upon review of the record, the Court finds that the settlement reached between the Parties is a fair and reasonable resolution of the dispute. Accordingly it is hereby,

ORDERED AND ADJUDGED that the Settlement Agreements are hereby approved and affirmed. This case is DISMISSED WITH PREJUDICE with each party bearing their own attorneys' fees, paralegals' fees and costs, except as otherwise delineated in the Settlement Agreements. The Court shall reserve jurisdiction solely to enforce the terms and conditions of the Settlement Agreements. The Clerk of Court shall CLOSE this CASE and DENY all PENDING MOTIONS, if any, as MOOT.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

July 15, 2020
**DATED**

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572